IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WOPASHITWE MONDO EYEN WE LANGA, | ) ) ) | |
| Petitioner, | ) ) | 8:10CV229 |
| V. | ) ) | |
| ROBERT P. HOUSTON, Director of Nebraska Department of Correctional Services and, NEBRASKA BOARD OF PAROLE, The, and NEBRASKA BOARD OF PARDONS, The, | ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| Respondents. | ) ) ) | |

Petitioner has filed a Petition for Writ of Habeas Corpus (filing 1), a Motion for Leave to Proceed in Forma Pauperis (filing 2), and a copy of his institutional trust account statement (filing 5).

Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 fee. 28 U.S.C. § 1914(a). However, pursuant to 28 U.S.C. § 1915(a)(1)-(2), and after considering Petitioner's financial status as shown in the records of this court, provisional leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the fee at this time.

IT IS THEREFORE ORDERED that:

The Motion for Leave to Proceed in Forma Pauperis (filing 2) is provisionally granted and Petitioner will not be required to pay the $5.00 fee at this time.

July 27, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge