IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WOPASHITWE MONDO EYEN WE LANGA,<br><br>           Petitioner,<br><br>V.<br><br>ROBERT P. HOUSTON, Director of Nebraska Department of Correctional Services and, NEBRASKA BOARD OF PAROLE, The, and NEBRASKA BOARD OF PARDONS, The,<br><br>           Respondents. | 8:10CV229<br><br>**MEMORANDUM AND ORDER** |

    Petitioner filed a successive Petition for Writ of Habeas Corpus (filing 1) on June 18, 2010. At the time of filing, Petitioner had not obtained authorization from the Eighth Circuit Court of Appeals to file a successive petition as required by 28 U.S.C. § 2244(b). However, on June 18, 2010, Petitioner also filed a Petition for Permission to File a Successive Habeas Petition in the Eighth Circuit. The Eighth Circuit has not yet ruled on Petitioner's request to file a successive petition. *See Wopashitwe Mondo Eyen We Langa v. Houston*, Case No. 10-2361 (8th Cir. 2010).

    Accordingly,

    IT IS ORDERED that this case is stayed pending the Eighth Circuit's ruling on Petitioner's request to file a successive petition.

    October 4, 2010.

                                                       BY THE COURT:

                                                     *Richard G. Kopf*
                                                     United States District Judge